**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 23-24395-CV-WILLIAMS**

JOHN JOSEPH CONNOLLY,

      Petitioner,

v.

RICKY D. DIXON, SECRETARY,
FLORIDA DEPARTMENT OF CORRECTIONS,

      Respondent.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Jonathan Goodman's Report and Recommendation (DE 38) ("***Report***") on Petitioner's habeas corpus petition (DE 1) ("***Petition***") challenging the constitutionality of his state conviction and sentence because (he alleges) the State of Florida intentionally suppressed exculpatory evidence before his criminal trial.  In the Report, Magistrate Judge Goodman recommends that the Court deny the Petition and also not issue a certificate of appealability. (DE 38 at 4.) Petitioner filed Objections to the Report (DE 39), to which Respondent filed a Response (DE 40).  The Court conducted a *de novo* review of the portions of the Report to which Petitioner objected and a review of the remainder of the Report for clear error.

Having carefully reviewed the Report, the Objections, the record, and applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 38) is **AFFIRMED AND ADOPTED**.

2. The Petition (DE 1) is **DENIED**.

3. No Certificate of Appealability shall issue.

4.  The Clerk is directed to **CLOSE** this case.

5.  The Court will separately enter an order of final judgment.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 8th day of November,

2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE